eration or decision of this application. *Messrs. Walter J. Knabe* and *Jack Crenshaw* for petitioner.

No. 1069. E. I. DU PONT DE NEMOURS & Co. *v.* WRIGHT, ADMINISTRATRIX. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Charles W. Milner, Robert T. McCracken* and *Abel Klaw* for petitioner. *Mr. J. Verser Conner* for respondent.

No. 1005. O'KEITH *v.* JOHNSTON, WARDEN. April 9, 1945. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is denied. *Charles O'Keith, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 804. PIERCE *v.* UNITED STATES. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Joel Thomas Pierce, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 846. UNITED STATES EX REL. ROGALSKI *v.* JACKSON, WARDEN. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.